IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLORIA NAVARRO, ET AL.,<br>　　Plaintiffs,<br><br>v.<br><br>APOLONIO GOMEZ,<br>　　Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 5:24-CV-968<br>§<br>§<br>§<br>§ |

**DEFENDANT APOLONIO GOMEZ'S
NOTICE OF INITIAL DISCLOSURE TO PLAINTIFFS**

**NOW COMES** Defendant Apolonio Gomez, by and through his attorney of record, the Office of the Attorney General for the State of Texas, files this Notice of Initial Disclosure to Plaintiffs pursuant to Rule 26, Fed. R. Civ. P.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**KEN PAXTON**
　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　**BRENT WEBSTER**
　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　**RALPH MOLINA**
　　　　　　　　　　　　　　　　Deputy First Assistant Attorney General

　　　　　　　　　　　　　　　　**JAMES LLOYD**
　　　　　　　　　　　　　　　　Deputy Attorney General for Civil Litigation

　　　　　　　　　　　　　　　　**SHANNA E. MOLINARE**
　　　　　　　　　　　　　　　　Division Chief
　　　　　　　　　　　　　　　　Law Enforcement Defense Division

　　　　　　　　　　　　　　　　*/s/ CHRISTOPHER LEE LINDSEY*
　　　　　　　　　　　　　　　　**CHRISTOPHER LEE LINDSEY**
　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　State Bar No. 24065628

Law Enforcement Defense Division<br>
Office of the Attorney General<br>
P.O. Box 12548<br>
Austin, Texas 78711<br>
(512) 463-2080 (Phone No.)<br>
(512) 370-9314 (Fax No.)

**COUNSEL FOR DEFENDANT**

**NOTICE OF ELECTRONIC FILING**

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the electronic case filing system of the Western District of Texas, on September 30, 2024.

/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, certify that a true and correct copy of the above was served on all counsel and parties of record by electronic service through the Electronic Case Files System, on September 30, 2024.

/s/ Christopher Lee Lindsey
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General