UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA NAVARRO and ANTONIO NAVARRO, as wrongful death beneficiaries, and HEATHER MEYER, as Next Friend to a minor, G. M. N., as wrongful death beneficiary and Heir to the Estate of Luis Navarro,<br>              Plaintiffs,<br><br>v.<br><br>APOLONIO GOMEZ, in his individual capacity,<br><br>              Defendant. | §§§§§§§§§§§§§§§§ | CASE NO.<br>5:24-CV-00968-XR |

## PLAINTIFFS' ADVISORY TO THE CLERK OF COURT

Plaintiff in the above-captioned case elects as follows:

X  I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 US.C. Section 636. Plaintiffs in the above-captioned case waive the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeals shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 US.C. Section 636(c)(3).

I do **not** consent to proceed before a United State Magistrate Judge. Plaintiff in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

GLORIA NAVARRO, ANTONIO NAVARRO, and HEATHER MEYER

Plaintiffs' Names

Respectfully submitted,

**EDWARDS LAW**
603 W. 17th St.
Austin, TX 78701
Tel.  512-623-7727
Fax.  512-623-7729

By:  /s/ *Jeff Edwards*
JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
MICHAEL SINGLEY
State Bar No. 00794642
mike@edwards-law.com
LISA SNEAD
State Bar No. 24062204
lisa@edwards-law.com
DAVID JAMES
State Bar No. 24092572
david@edwards-law.com
PAUL SAMUEL
State Bar No. 24124463
paul@edwards-law.com

**HILL LAW FIRM**
445 Recoleta Rd.
San Antonio, Tx. 78216
Tel. (210) 899-5031

By:  /s/ Jason Hill
JASON HILL
State Bar No. 24057902
justin@jahlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Western District of Texas.

                                            By /s/   Jeff Edwards
                                            JEFF EDWARDS