IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA NAVARRO, et al.<br>　　Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:24-CV-968 |
| APOLONIO GOMEZ,<br>　　Defendant. | §<br>§<br>§ | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 2

Rebecca Wilke Cellphone Video
(A copy of the above mentioned video will be mailed to the District Clerk separately)

# AFFIDAVIT

On this day personally appeared before me **Rebekah Wilke**; and stated under oath as follows:

"My name is **Rebekah Wilke**. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated."

"I personally recorded the attached video, identified herein as Exhibit A. Exhibit A is a true, correct, full, and exact duplicate of the original video that I recorded on April 29, 2024. Exhibit A is a fair and accurate depiction of the events that I personally witnessed."

"I certify under penalty of perjury that the foregoing is true and correct."

*Rebekah Wilke*
REBEKAH WILKE

Sworn to and subscribed before me

Notary Public

this 14 day of Feb., 2025.

My commission expires: 3/22/2027


CARLOS ANTONIO CASTELLO
Notary Public, State of Texas
Comm. Expires 03-22-2027
Notary ID 134264936

NAVARRO000043