IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA NAVARRO, et al.<br>    Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 5:24-CV-968 |
| APOLONIO GOMEZ,<br>    Defendant. | §<br>§<br>§ | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 3

KSAT Witness Videos
(A copy of the above mentioned videos will be mailed to the District Clerk separately)