IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GLORIA NAVARRO, et al. | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-968 |
| | § | |
| APOLONIO GOMEZ, | § | |
| Defendant. | § | |

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

# EXHIBIT 4

Case File for Cause No. 2020CR2300, in the 144th District Court of Bexar County, Texas

**CAUSE 2020CR2300**

FILED
O'CLOCK_____M

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 144TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| LUIS M NAVARRO | § | BEXAR COUNTY, TEXAS |

## DECEASED ORDER

On this the ___06___ day of __December__ 20 _24_ , the Court on its own Motion, having reviewed all proceedings had in the above styled and numbered cause in which the above named Defendant was heretofore placed on probation under the Adult Probation Law of this State, and having been informed that said Defendant in the above styled and numbered cause is now deceased, finds that the defendant is deceased.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED, that the Probationary term be terminated and this case closed.

SIGNED AND ENTERED on this the _06_ day of _December_ A.D., 20 _24_.


HONORABLE MICHAEL MERY
144TH DISTRICT COURTOF
BEXAR COUNTY, TEXAS


DEATH CERTIFICATE #: __not available (death confirmed via news link)__



CAUSE # 2020CR2300

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 144TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| **LUIS M NAVARRO** | § | BEXAR COUNTY, TEXAS |

## MOTION TO ENTER ADJUDICATION OF GUILT
## AND REVOKE COMMUNITY SUPERVISION
## (ADULT PROBATION)

TO THE HONORABLE JUDGE MICHAEL MERY:

Now comes the Criminal District Attorney of Bexar County, Texas and would show the Court that the Defendant in the above styled and numbered cause was placed on probation under Article 42A.101, Texas Code of Criminal Procedure for the offense of **Aggravated Assault W/Deadly Weapon**, and was placed on probation by the Court on the 2nd day of March, 2021, for a period of 10 Years under the provisions of the Adult Probation and Parole Law as reflected by the finding of the Court that the evidence substantiated the Defendant's guilt, in this cause;

That thereafter, during the term of said probation, the Defendant violated the terms and conditions therein in the following particulars, to-wit:

VIOLATED CONDITION No. 2: On or about the 10th day of November, 2021, in Bexar County, Texas, the defendant, Luis M Navarro, did then and there illegally use a controlled substance, namely: Amphetamines, in violation of Condition No. 2.

VIOLATED CONDITION No. 4: In Bexar County, Texas, the defendant, Luis M Navarro, did then and there (a) fail to obtain and keep gainful employment in a lawful occupation, (b) fail to show proof of employment, (c) fail to report to a job counselor or employment agency as directed by the Court/Supervision Officer, (d) fail to tender financial documents as directed by the Court and/or Supervision Officer, in violation of Condition No. 4.

VIOLATED CONDITION No. 5: In Bexar County, Texas, the defendant, Luis M Navarro, did then and there fail to report to the Supervision Officer as directed for the months of January and February, 2022, in violation of Condition No. 5.

VIOLATED CONDITION NO. 16: In Bexar County, Texas, the defendant, Luis M Navarro, did then and there fail to attend and provide verification of Sober Support / Alcoholics Anonymous/Narcotics Anonymous meetings, in violation of Condition No. 16.

VIOLATED CONDITION No. 21: In Bexar County, Texas, the defendant, Luis M Navarro, did then and there fail to submit to monthly urinalysis testing as directed by the Court/Court Officer/Supervision Officer, and or a duly authorized agent of the Court, for the months of January and February, 2022, in violation of Condition No. 21.

**FILED**

_____ O'CLOCK _____ **M**

APR 0 7 2022

MARY ANGIE GARCIA
District Clerk, Bexar County, Texas
BY_____
DEPUTY

Gomez 0062

VIOLATED CONDITION No. 21: In Bexar County, Texas, the defendant, Luis M Navarro, did then and there fail to submit to monthly urinalysis testing as directed by the Court/Court Officer/Supervision Officer, and or a duly authorized agent of the Court, for the months of May, August, October, and December, 2021, in violation of Condition No. 21.

Premises considered, therefore, the Criminal District Attorney, Bexar County, Texas, moves the Court to cause a warrant to be issued for arrest of said defendant, and that upon his arrest hearing be held and probation revoked in this cause, as the evidence and judgment of the Court thereon may warrant.

DATE: __4/4/22__ 20_

*Antonio Arreola-Garcia*
Antonio Arreola-Garcia (Apr 4, 2022 09:28 CDT)
Assistant Criminal District Attorney
Bexar County, Texas

## ORDER

The Clerk will issue capias for arrest of the Defendant in the above styled and numbered cause, directing that he be held to answer instanter to this Court for violation of the terms and conditions of his probation herein. *Set bail at $2,500, w/weekly report, & u.a's & outpatient drug treatment.*

DATE: __4-5-__ 20 __22__

HONORABLE MICHAEL MERY
144TH DISTRICT COURT
BEXAR COUNTY, TEXAS

0305202021V1600027I3



IN THE <u>144TH DISTRICT COURT</u> OF BEXAR COUNTY, TEXAS

THE STATE OF TEXAS
VS.
LUIS M NAVARRO

NO. 2020CR2300

OFFENSE: AGG ASSLT W/DEADLY WPN

### TERMS AND CONDITIONS OF COMMUNITY SUPERVISION
### DEFERRED ADJUDICATION

On 2nd day of March, 2021, you were placed on community supervision for a period of 10 Years with the following terms and conditions as denoted below by (x) in left margin:

**********************************************************************************************************

[X] 1. Neither commit nor be convicted of any offense against the Laws of the State of Texas; or any other State or of the United States of America.

[X] 2. Avoid injurious or vicious habits and abstain from the illegal use of controlled substances, dangerous drugs, nor use alcoholic beverages; submit to drug testing or as directed by the Court/Court Officer/Supervision Officer and pay a one time urinalysis fee of $20.00 ninety (90) days after being granted community supervision. An additional fee per urinalysis test will be charged by the Provider conducting the test.

[X] 3. Avoid places and persons of harmful or disreputable character, including those who engage in criminal activity or have a criminal record.

[X] 4. Obtain and keep gainful employment in a lawful occupation and show proof of employment. Notify the Supervision Officer of any changes within 48 hours. You will tender any and all financial documents as directed by the Court and/or the Supervision Officer.

[X] 5. Beginning <u>March 2, 2021</u> report to the Supervision Officer as directed by the Court/Supervision Officer and obey all rules and regulations of the Community Supervision and Corrections Department. You will conduct yourself in a proper and orderly manner during any office visit, field visit, or any other contact with any Supervision Officer or employee of the Bexar County Community Supervision and Corrections Department.

[X] 6. A. Permit the Supervision Officer, or his Assistants, to transport you as needed in Bexar County and to visit you in your home or elsewhere.
B. You are subject to possible search of your person, residence or any vehicle, which you operate, occupy or possess at any time by any Supervision Officer, without prior notice or search warrant, to determine if you are in compliance with the conditions of community supervision. Any contraband found to be in your possession will be subject to confiscation **and ultimately destroyed.**
C. You shall not possess any contraband in your home, vehicle, or on your person, including, but not limited to: prohibited or illegal weapons, controlled substances or illegal drugs, pornographic materials and obscene devices.

[X] 7. Remain within Bexar County, Texas, unless permitted in writing to depart by the Court and/or the Supervision Officer.

[X] 8. Support your dependents.

[X] 9. A. Provide proof of residence and report any change of address to the Supervision Officer within 48 hours.
B. If you are arrested notify the Supervision Officer within 48 hours. If you are released from jail report to the Supervision Officer the next working day.

[X] 10. Pay the following, in one or several sums, through the Bexar County Community Supervision and Corrections Department, and/or Bexar County Collections Section as directed by the payment plan agreement and in any sum that the Court shall determine during the term of your community supervision until all fees have been paid in full.

**MANDATORY FEES:**

☒ A. ADMINISTRATIVE SUPERVISORY FEE of $25.00 per month, each month, beginning <u>04/01/21.</u>

☐ B. IF AFTER A HEARING THE COURT DETERMINES YOU HAVE THE ABILITY TO PAY, COURT APPOINTED ATTORNEY FEE in the amount of $_____ assessed by the Court, calculated into a monthly payment schedule, and subject to increase with a new payment schedule based on subsequent court appearances related to this case.

☐ C. IF ON PROBATION FOR SEX OFFENSE SPECIFIED IN STATUTE, SEXUAL ASSAULT PROGRAM FEE of $5.00 per month, under Texas CCP Chapter 42.12 Sec 19(e) sixty days after the granting of community supervision, beginning _____.

☐ D. IF COURT DETERMINES OFFENSE INVOLVES FAMILY VIOLENCE, FAMILY VIOLENCE SHELTER FEE of $100 to a family violence center that receives state or federal funds that serves Bexar County, including but not limited to the BATTERED WOMEN'S SHELTER, payable by _____.

**PERMISSIVE FEES:**

☒ E. COURT COSTS/FINE <u>paid in accordance with the Bill of Cost,</u> beginning <u>04/01/21.</u>

☐ F. RESTITUTION of $_____, beginning _____.

☐ G. IF SEX OFFENDER, SEX OFFENDER PUBLICATION FEE of $105.00 payable 90 days from publication date. Such amount will be paid each and every time a change of address is made.

☐ H. CHILD ADVOCACY CENTER FEE in a one time payment of $50.00, payable by _____.

☒ I. CRIME STOPPERS PROGRAM FEE in a one time payment of $50.00, payable by <u>04/01/21.</u>

[X] 11. You shall not unlawfully purchase, receive possess, or transport any weapon, including but not limited to: a club, explosive weapon, firearm, ammunition, illegal knife, martial arts weapon, brass knuckles, or chemical dispensing device during your term of community supervision.

[X] 12. **EXTRADITION:** You will waive extradition to the State of Texas from any jurisdiction in or outside the United States where you may be found and also agree that you will not contest any effort by any jurisdiction to return you to the State of Texas.

[X] 13. You shall not operate a motor vehicle without a valid Texas Driver's License.

Gomez 0064

NAME: <u>Luis M Navarro</u>  NO.: <u>2020CR2300</u>

[X]21.  Beginning 03/02/21, you will submit to **monthly** urinalysis as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD).

[X]22.  Beginning 03/02/21, abide by the following: **No Harmful or Injurious Contact Order:** You are prohibited from intentionally, knowingly, or recklessly communicating with **Heather Myer**, whether by telephone, in writing, or in person in a harmful or injurious manner as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD).

_Michael E. Mery_
JUDGE PRESIDING

_3/5/21_
DATE

You are hereby advised that under the Laws of this State, the Court shall determine the Terms and Conditions of your Community Supervision and may at anytime during the period of your community supervision, alter or modify the terms and conditions of your community supervision. **The Court, Also, Has The Authority, At Any Time During The Period Of Your Community Supervision, To Revoke Same For Violation Of Any Of The Conditions Of Your Community Supervision Set Out Above.** The Court has placed you on community supervision, believing that if you sincerely try to obey and comply with the conditions of your community supervision, your attitude and conduct will improve to the benefit of the public and of yourself.

I acknowledge receipt of a copy of the Conditions of Community Supervision and attached addenda and fully understand same. **Conditions And Gun Control Act Were Explained, Conditions Fingerprinted, And Signed. I Also Acknowledge That I Must Report In Person Whether Or Not I Have The Money For Fees.**

I acknowledge receipt of a copy of the Conditions of Community Supervision and fully understand same.

_Luis Navarro_
DEFENDANT'S SIGNATURE
A copy furnished to the above-named Defendant
and noted on The docket this _04_ day
of _March_ , A.D.,20_21_ .

SUPERVISION OFFICER
Bexar County Community Supervision and Corrections Department
207 N Comal, San Antonio, Texas 78207
(210) 335-7200

Address: ▮
City:<u>San Antonio</u>  State:<u>Texas</u>
Zip▮  Phone: ▮

**RIGHT THUMB PRINT**

Gomez 0065

NAME: <u>Luis M Navarro</u>   NO.: <u>2020CR2300</u>

[X]14.   Beginning 03/02/21, perform 200.00 hours of Community Service Restitution, and provide proof as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD) at the rate of 20.00 hours per month. You will fully comply with all rules, regulations, and instructions as directed by the head or authorized personnel of that Agency.

[X]15.   Beginning 03/02/21, participate in the **Mental Health Initiative** and comply with all rules, regulations, and instructions as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD). **(Evaluation)**
a. Comply with all rules, regulations, instructions and personnel of the Center for Health Care Services and participate in Substance Abuse and Psychological counseling, treatment, diagnostic evaluation and/or intervention as directed, or
b. Continue treatment with private psychiatrist and/or other mental health agency, including the Veterans Administration, and will provide verification of treatment attendance and medication compliance on a monthly basis.

[X]16.   Beginning 03/02/21, attend and provide documentation of attendance **Alcoholics Anonymous (AA) / Narcotics Anonymous (NA) Meetings: weekly documentation** as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD)

[X]17.   Beginning 03/02/21, attend and successfully complete the **Bexar County CSCD's Substance Abuse INTENSIVE Outpatient Treatment Program**, 207 N. Comal, San Antonio, TX 78207. Comply with all rules, regulations, instructions and financial agreements as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD) and the head of the program.

[X]18.   Beginning 03/02/21, **take medications as prescribed** as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD).

[X]19.   Beginning 03/02/21, **no firearms or ammunition** as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD).

[X]20.   Beginning 03/02/21, abide by the following: **No Harmful or Injurious Contact Order:** You are prohibited from intentionally, knowingly, or recklessly communicating with **mother Gloria Navarro**, whether by telephone, in writing, or in person in a harmful or injurious manner as directed by the Court and/or Bexar County Community Supervision and Corrections Department (CSCD).

Gomez 0066




No. 2020CR2300    Count
Incident No./TRN: 9202244200

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 144TH DISTRICT |
| | § | |
| VS. | § | COURT |
| | § | |
| LUIS M NAVARRO | § | BEXAR COUNTY, TEXAS |
| | § | |
| STATE ID NO.: ▮▮▮▮ | § | |

# ORDER OF DEFERRED ADJUDICATION

| | | |
|---|---|---|
| Judge Presiding: **HON. MICHAEL MERY** | Date Order Entered: | **03-02-2021** |

| | |
|---|---|
| Appearances:<br>Attorney for State: | **IVAN C ST. JOHN**<br>**SALLY UNCAPHER** | Attorney for<br>Defendant: | **KIMBERLY BUSH** |

Offense:
**AGG ASSLT W/DEADLY WPN**

| | |
|---|---|
| Charging Instrument:<br>**INDICTMENT** | Statute for Offense:<br>**22.02 (A) (2) PC** |
| Date of Offense:<br>**12-23-2019** | Date to Commence:<br>**03-02-2021** |
| Degree of Offense:<br>**2ND** | Plea to Offense:<br>**NOLO CONTENDERE**    Findings on Deadly Weapon: |

Terms of Plea Bargain:
**DEFERRED ADJUDICATION RECOMMENDED**

| | | |
|---|---|---|
| Plea to 1st Enhancement<br>Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual<br>Paragraph: |
| Findings on 1st Enhancement<br>Paragraph: | **N/A** | Findings on 2nd<br>Enhancement/Habitual Paragraph: |

## ADJUDICATION OF GUILT DEFERRED;
## DEFENDANT PLACED ON COMMUNITY SUPERVISION.

## PERIOD OF COMMUNITY SUPERVISION: 10 YRS

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **1,500.00** | $ **325.00** | $ **0.00** | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was

| | |
|---|---|
| Time<br>Credited: | **N/A**<br>NOTES: **N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in **Bexar County, Texas**. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel  (select one)**

[x] Defendant appeared in person with Counsel.

[ ] Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

03022021Vi600263636

Gomez 0067



Both parties announced ready for trial. Defendant waived the right of trial by jury and entered a plea as indicated above. The Court admonished the Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court FINDS such evidence substantiates Defendant's guilt. The Court FINDS that, in this cause, it is in the best interest of society and Defendant to defer proceedings without entering an adjudication of guilt and to place Defendant on community supervision.

The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS that Defendant is given credit noted above for the time spent incarcerated. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

The Court ORDERS that no judgment shall be entered at this time. The Court further ORDERS that Defendant be placed on community supervision for the adjudged period so long as Defendant abides by and does not violate the terms and conditions of community supervision. See TEX. CODE CRIM. PROC. art. 42.12 § 5(a).

### Furthermore, the following special findings or orders apply:

FAMILY VIOLENCE FINDING.
 IT IS FURTHER ORDERED DEFENDANT NO HARMFUL OR INJURIOUS CONTACT WIT H GLORIA NAVARRO AND
HEATHER MEYER

**Signed and entered on** this _____ day of _____ MAR 0 2 2021 _____ 20_____

JUDGE PRESIDING
MICHAEL MERY
144TH DISTRICT COURT
BEXAR COUNTY, TEXAS



Clerk: **35473**
**DC2020CR2300**

Gomez 0068

**Defendant:** LUIS M NAVARRO
**JN #:** ▮

**CLERK'S ORIGINAL**

**Address:** ▮ SAN ANTONIO, TX ▮

**Complainant:** HEATHER NICOLEGRIEGO MEYER

**CoDefendants:** MICHELLE ANN CARDENAS

**Offense Code/Charge:** 130116 - AGG ASSLT W/DEADLY WPN

| | | |
|---|---|---|
| **GJ:** 713628 | **PH Court:** 144 | **MAG NO: 550069** |
| **Court #:** 144 | **SID #:** ▮ | **Cause #:** |
| **Witness: State's Attorney** | | **2020-CR-2300** |

FILED

_____ O'CLOCK _____ M

MAR 1 1 2020
MARY ANGIE GARCIA
DISTRICT CLERK
BEXAR COUNTY, TEXAS

BY_____ DEPUTY

TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empaneled and sworn as such at the March term, A.D., 2020, of the 227th Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment:

on or about the 23rd Day of December, 2019, LUIS M NAVARRO, hereinafter referred to as defendant, did use and exhibit a deadly weapon, NAMELY: A FIREARM, and defendant did intentionally and knowingly THREATEN IMMINENT BODILY INJURY to GLORIA GUADALUPE NAVARRO, hereinafter referred to as complainant, by POINTING SAID DEADLY WEAPON AT AND IN THE DIRECTION OF THE COMPLAINANT;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
Foreman of the Grand Jury

# INDICTMENT – CLERK'S ORIGINAL

# CRIMINAL DOCKET SHEET

| FINGERPRINT | NAME OF PARTIES | ATTORNEYS | COURT REPORTER | COURT ACTIVITY |
|---|---|---|---|---|

2020-CR-2300    D144    03/10/2020
STATE OF TEXAS VS.              SCC: 701
NAVARRO, LUIS M
AGG ASSLT W/DEADLY WPN

STATE ATTORNEY _____

DEFENSE ATTORNEY _____

COURT REPORTER _____

COURT INTERPRETER _____

**OFFENSE INFORMATION**

REDUCED TO LESSER OFFENSE: _____

STATE PROCEEDS ON COUNT (s) _____
PARAGRAPH _____
ENHANCEMENT PARAGRAPH (s) _____

**RIGHT THUMBPRINT**

___ **JUDGE PRESIDING** _____

___ NO RECOMMENDATION/ NO PLEA BARGAIN
___ PLEA BARGAIN AGREEMENT
___ ___ YRS MDS DYS (TDCJ – ID)(BDADC)(STATE JAIL)
___ $ ___ Fine $ ___ Restitution

___ Comm Supervision (Recommended)(Silent)(Opposed)

___ Def Adjudication (Recommended)(Silent)(Opposed)

___ Cases to Run Concurrent/Consecutively _____

Cases Taken into Consideration: _____
_____

___ **Non Binding Recommendations**

___ ___ DYS MOS(BCADC)(STATE JAIL)(Cond of Suprvsn)
___ HRS Community Service/ ___ DYS ELM

___ Substance Abuse Treatment Facility

___ ___ YRS MDS DYS (TDCJ-ID)(BCADC)(ST JAIL)
___ $ ___ Fine $ ___ Restitution
___ Other: _____

**COURT RULING**

___ ___ YRS MOS DYS (TDCJ – (BCADC)(ST JAIL)
___ $ ___ Fine $ ___ Restitution
___ Payable to: _____
___ Affirmative Finding of a Deadly Weapon
___ S.A.I.P. (Boot Camp) ___ Shock Supervision
___ Drivers License Suspension Start Date: _____
___ End Date: _____
___ SAFPF (Comm Supervision)(Amended Comm Supv.)
___ Therapeutic Community Program
___ HRS Community Service ___ DYS ELM
___ ___ DYS MOS (BCADC)(STATE JAIL)(Cond of Supv)
___ (Work)(Weekend) Release Program (Cond of Supervsn)
___ Found TRUE to Enhancement Paragraph as a Repeater
___ Found TRUE to Enhancement Paragraphs as a Habitual
___ Other: _____
_____

| DATE OF ENTRY | COURT ENTRIES |
|---|---|
| 1-19-2021 | Þ pleads no contest. Ct. finds there is suff. ev. to subst. Δ's guilt. Ct. orders PSI, & MIC & TAIP eval. |
| 3-2-2021 | Ct. assesses (per plea bargain): $1,500 (prob. $1,000) + CC + 10 years def. adj. + AFFV + AFDW (specifically a firearm) + no poss. of any firearm or ammunition + TIC 2020-CR-0787 + follow all TAIP + MIC recommendations for drug treatment + mental health + Ct. orders MIC eval + 200 hrs. c.s. + no. h.o.v. contact w/ Gloria Navarro & Heather Meyer + one-time payment of $50 to Crime Stoppers + $5 /mo. sup. fee. |
|  | _Michael E. Mery_ |

Gomez 0070

No. 2020CR2300

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 144TH JUDICIAL DISTRICT |
| LUIS M. NAVARRO | § | BEXAR COUNTY, TEXAS |

<u>COURT'S ADMONISHMENT AND</u>
<u>DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS</u>

COURT'S ADMONISHMENTS:

OFFENSE: AGGRAVATED ASSAULT DEADLY WEAPON

DEGREE: F2
STATUTE: 22.02(A)(2) TPC



**FILED**
_____O'CLOCK_____M

JAN 1 9 2021
MARY ANGIE GARCIA
District Clerk Bexar County, Texas
BY_____DEPUTY

You are admonished that if convicted of a Felony the following applies

1. RANGE OF PUNISHMENT

All time is served in Texas Department of Criminal Justice.

2 years to 20 years; Possible fine up to $10,000

2. PLEA BARGAINING

A recommendation of the prosecuting attorney as to punishment is not binding on the Court. The Court may accept or reject any plea bargaining agreement made between the State and the Defendant. If the Court rejects the plea agreement, the Defendant shall be permitted to withdraw the plea of guilty/nolo contendere and no statement or other evidence received during such hearing on the plea of guilty/nolo contendere may be admitted against the Defendant on the issue of guilt or punishment in any subsequent criminal proceeding.

If the punishment assessed does not exceed the punishment recommended by the prosecuting attorney (plea bargain), the trial court must give its permission to appeal any matter in the case except for those matters raised by written motion filed prior to trial and ruled upon by the Court. If a plea bargain is followed, this Court will not give permission to appeal.

3. TRIAL RIGHTS

You have a right to trial by jury, cross examination of witnesses and the right to remain silent.

Gomez 0071

## 4. CITIZENSHIP

If you are not a U.S. citizen, a plea of guilty or nolo contendere may result in deportation, exclusion from admission to this country or denial of naturalization under federal law. I have been explained these immigration consequences by my attorney.

## 5. DEFERRED ADJUDICATION

If the Court defers adjudicating your guilt and places you under community supervision, on violation of any condition you may be arrested and detained as provided by law. You are then entitled to a hearing limited to a determination by the Court of whether to proceed with an adjudication of guilt on the original charge. If, at such hearing, the Court makes the determination to proceed with an adjudication of guilt on the original charge, you may appeal such determination. After adjudication of guilt, all proceedings including the assessment of punishment and your right to appeal continue as if adjudication of guilt had not been deferred. The Court is also able to assess the full range of punishment.

You are hereby informed that, upon successful completion of deferred adjudication, you have a right to petition the court for an order of nondisclosure under Section 411.081, Government Code, unless you are ineligible because of the nature of the offense for which you are being placed on deferred adjudication or your criminal history.

## 6. SEX OFFENDER REGISTRATION PROGRAM

A plea of GUILTY or NOLO CONTENDERE that results in a conviction or placement on deferred adjudication for an offense under Chapter 62 of the Texas Code of Criminal Procedure will require you to register as a sex offender with local law enforcement officials as required by Chapter 62. You will also be required to report regularly and to obtain or maintain a Texas driver's license or certificate of identification identifying you as a sex offender. Violation of the registration and/or reporting requirements will subject you to additional criminal charges.

## 7. ARTICLE 38.50 CODE OF CRIMINAL PROCEDURE

You are hereby notified that if you are charged with an offense under Chapter 49 of the Texas Penal Code, any toxicological evidence collected pursuant to an investigation or a prosecution will be retained for the duration of your sentence or community supervision. You may also waive the retention of any toxicological evidence collected.

## DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS

TO THE HONORABLE JUDGE OF SAID COURT:

I, LUIS M. NAVARRO             , the Defendant in this cause, having this day appeared in open court with my counsel and having been duly sworn, represent to the Court that I have received a copy of the indictment or information in this cause, that I fully understand its contents; that I know that I am charged with the felony offense of AGG. ASSLT. DW and that I waive formal arraignment and the reading of the charging instrument.

If charged with an offense under Chapter 49 of the Texas Penal Code, I hereby waive the retention of any toxicological evidence collected pursuant to an investigation or a prosecution of this case for longer than six months.

I, the Defendant, hereby enter a plea of   NOLO CONTENDERE                    to this charge.

1.   I have had my Constitutional and legal rights explained to me by my attorney, and have decided to waive my Constitutional right of trial by jury and enter this plea before the judge. I hereby request the consent and approval of the State's Attorney and of the Court to my waiver of trial by jury. I further represent to the Court as follows:

2.   I am mentally competent now and was legally sane at the time that this offense was committed.

3.   I have not been threatened, coerced or placed in fear by any person to induce me to enter my plea.

4.   If I have a plea bargain agreement with the prosecutor, its terms are fully set forth in the attached document. I have received no promise from the prosecutor, my attorney or the Court which are not set forth in that document, and I realize that no one else would be empowered to make me any promises.

5.   If I am pleading GUILTY, it is because I am guilty, and for no other reason. If my plea is one of NOLO CONTENDERE, it is because I have considered all aspects of my legal situation and discussed them with my attorney and have determined that the entry of such plea is in my own best interest.

6.   If applicable, my attorney has explained to me the requirements and consequences of Chapter 62 of the Texas Code of Criminal Procedure Sex Offender Registration Program.

7.   I understand the Courts admonishments as contained in this waiver.

8.   I am satisfied with the advice and representation of my attorney in this case.

9.   I have been explained my immigration consequences by my attorney.

    I certify that:    I AM a United States Citizen

10.   I have been notified of the retention period of toxicological evidence collected pursuant to an investigation or a prosecution of my case.

*Luis Navarro*
Luis Navarro (Jan 14 2021 11:50 CST)

Luis Navarro

Defendant

01222021V16001427

SWORN TO AND SUBSCRIBED TO ME ON    Jan 19, 2021

*Regina Felan*
Regina Felan (Jan 19, 2021 11:54 CST)
Deputy District Clerk

      I have counseled with the Defendant in this cause and have concluded that the Defendant has a rational, as well as a factual understanding of both the charge(s) pending and this proceeding.  I have explained the law regarding all waivers set forth in this document and am satisfied that in each instance the defendant has voluntarily relinquished a known right.  I join in the Defendant's waiver of the right of trial by jury.  If applicable, I have explained to my client the requirements and consequences of Chapter 62 of the Texas Code of Criminal Procedure Sex Offender Registration Program.

*Kimberly Bush*
Kimberly Bush (Jan 19, 2021 11:57 CST)

Kimberly Bush
Attorney for Defendant

      I consent to and approve the jury waiver in this case.

Ivan St. John (Jan 19, 2021 11:38 CST)
Assistant Criminal District Attorney

      I approve the jury waiver and ORDER it filed in the papers of the cause.  It plainly appearing that the Defendant is mentally competent; that his waivers have been entered voluntarily, in full knowledge of his rights; that the admonishments of the Court have been understood by the Defendant; that the Defendant's plea has not been induced by improper persuasion; and that the Defendant persists in his plea.  The Defendant's plea is now accepted by the Court and the balance of this document is likewise ORDERED filed among the papers of the cause.

SIGNED and ENTERED on    *1-19-2021*

*Michael E. Mery*

Judge Presiding
144TH Judicial District

## PLEA BARGAIN

I, the undersigned Defendant, together with my counsel and counsel for the State, agree that in exchange for the Defendant's agreement to plead guilty or nolo contendere, to allow the State to prove its case by means of written stipulations. The State may make recommendations regarding punishment; however, it is understood by all that even in the event the parties agree to recommend specific conditions and terms of community supervision or deferred adjudication or the length of supervision that such recommendations are not part of the formal plea agreement and are not binding on the Court. All parties understand and agree that the terms, conditions and length of supervision of community supervision or deferred adjudication are to be determined and assessed solely within the Court's discretion. It is further understood and agreed by the parties that in the event the Court assessed terms, conditions and or a length of supervision of community supervision or deferred adjudication different from those agreed to by the parties, that such difference shall not constitute grounds for setting aside the Defendant's plea in this cause. If the court grants deferred adjudication, the State does not recommend any **term of years as part of the plea agreement. All parties agree that if deferred adjudication is subsequently revoked, Defendant may be sentenced to any term of years within the range of punishment provided by law for this offense.**

It is mutually agreed and recommended by the parties:

- [ ] Prosecution
- [ ] Defendant agrees that he has been previously convicted of     or more felonies for enhancement under 12.42 P.C.
- [ ] Class A Misdemeanor punishment with State jail Felony Conviction under 12.44 P.C.
- [ ] Punishment to be assessed at
- [ ] Fine $
- [x] Affirmative Finding of Deadly Weapon or offense not eligible for judge ordered community supervision (CCP42.12,Sec.3 or 42A.054)
- [ ] There is no application for
- [ ] State will make no recommendation of Defendant's deferred adjudication/community supervision application. State reserves right to speak as to factual issues relevant to Defendant's punishment.

- [ ] State opposes
- [x] State recommends  Deferred Adjudication
- [ ] Concurrent with:
- [x] Causes taken into consideration: 2020CR0787 - Poss. PG 1 < 1 g.
- [ ] Restitution to be determined by the Court through the Community Supervision office or $
    - [ ] Payable to victims under:

- [x] Other: *A F F V*

## WAIVER OF APPEAL

I understand that upon my plea of guilty or nolo contendere, where the punishment does not exceed that recommended by the prosecutor and agreed to by me, my right to appeal will be limited to only: (1) those matters that were raised by written motion filed and ruled on before trial, or (2) other matters on which the trial court gives me permission to appeal. I understand that I have this limited right to appeal. However, as part of my plea bargain agreement in this case, I knowingly and voluntarily waive my right to appeal under (1) and (2) in exchange for the prosecutor's recommendation, provided that the punishment assessed by the court does not exceed our agreement. In addition, if and when I am sentenced to the Texas Department of Criminal Justice on this case, I hereby request transfer to said institution.

| *Luis Navarro* | Jan 19, 2021 | *Kimberly Bush* |
|---|---|---|
| DEFENDANT | DATE | COUNSEL FOR DEFENDANT |

The above terms constitute our agreement, and there are no agreements not set forth above. The Defendant and Counsel request the Court to follow the plea bargain.

| *d* | *Kimberly Bush* | *Luis Navarro* |
|---|---|---|
| ASSISTANT DISTRICT ATTORNEY | ATTORNEY FOR DEFENDANT | DEFENDANT |

NOTE: The parties are not allowed to make binding agreements regarding the length of community supervision or the terms and conditions of community supervision, which are totally dependent upon the Court's discretion. The following recommendations do not constitute part of the formal plea agreement. However, the (State) (both parties) make the following non-binding recommendations:

- [x] Community Supervision be granted for 10 years
- [x] Treatment Alternative to Incarceration Program     Days in Bexar County Jail or State Jail (circle one)
- 200 Hours Community Service     [ ] Substance abuse treatment facility
- [ ] Days Electronic Monitoring     [ ] Zero Tolerance Bootcamp or State Bootcamp Program (circle one)
- [x] No contact with No harmful or injurious contact with GLORIA NAVARRO or HEATHER MEYER

Other Punishment recommendations: Follow recommendations of TAIP, MIC evaluation

NO. 2020CR2300 _____

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 144TH JUDICIAL DISTRICT |
| LUIS M. NAVARRO | § | BEXAR COUNTY, TEXAS |

FILED
O'CLOCK _____ M
JAN 1 9 2021
MARY ANGE GARCIA
District Clerk Bexar County, Texas
BY _____ DEPUTY

## WAIVER, CONSENT TO STIPULATION
## OF TESTIMONY AND STIPULATIONS

The Defendant in this cause, being sworn and having read the indictment or had it read to him, advises the Court that he fully understands the charge which is pending against him, and Counsel for the Defendant has explained the Federal and State Constitutional and legal rights possessed by a criminal defendant, including the procedural rights and safeguards afforded by the laws of the State of Texas.

In particular, Counsel has explained and the Defendant understands the privilege against self-incrimination and the confrontation and cross-examination of the witnesses.

Understanding all these rights, the Defendant knowingly and voluntarily agrees to waive each such right and consents to waive the appearance, confrontation and cross-examination of witnesses against the Defendant, including all statements and information contained within the pre-sentence investigation report; further, the Defendant and his Counsel agree with the Attorney for the State to the introduction of evidence on behalf of the State by affidavits, written statements of witnesses, police reports, laboratory reports and any other documentary evidence which is attached, marked Exhibit Nos. **SX1 & attachment(s)**, all of which are by this reference made a part of this document. The Defendant, his Counsel and the State's Attorney agree that this evidence is true and correct, that the Defendant is the person referred to by the witness in the attached documents, that if the witnesses testified they would identify the Defendant as the person of whom they speak, and that this document and its attachments may be considered as a part of the Statement of Facts in this case.

I, LUIS M. NAVARRO _____, do hereby judicially confess and admit, that I

I, LUIS M NAVARRO, do hereby judicially confess and admit, that I intentionally and knowingly, in Bexar County, Texas, on or about the 23rd Day of December, 2019, LUIS M NAVARRO, hereinafter referred to as defendant, did use and exhibit a deadly weapon, NAMELY: A FIREARM, and defendant did intentionally and knowingly THREATEN IMMINENT BODILY INJURY to GLORIA GUADALUPE NAVARRO, hereinafter referred to as complainant, by POINTING SAID DEADLY WEAPON AT AND IN THE DIRECTION OF THE COMPLAINANT;

The Defendant and his Counsel further agree with the State's Attorney that the Defendant is the person named in the indictment, that all of the acts alleged therein occurred in Bexar County, Texas, and that the allegations are true and correct.

*Luis Navarro*
Luis Navarro (Jan 19, 2021 11:50 CST)
Luis Navarro
Defendant

*Kimberly Bush*
Kimberly Bush (Jan 15, 2021 11:47 CST)
Kimberly Bush
Attorney for Defendant

*Ivan St. John*
Ivan St. John (Jan 19, 2021 11:38 CST)
Assistant Criminal District Attorney

Gomez 0077

<u>LUIS M. NAVARRO</u>, known to me to be the Defendant in the above styled and numbered cause, who, being by me duly sworn, acknowledged that he read or had read to him the foregoing waiver, consent to stipulation of testimony and stipulations, that he fully understands the document, that the recitations of fact in the document are true and correct, that the signature which follows is the Defendant's signature, and that the signature was voluntarily given.

<u>OATH</u>

I hereby solemnly swear or affirm that I shall tell the truth the whole truth and nothing but the truth in response to all questions propounded to me by the Court or attorneys representing the State and defense during proceedings in this cause, so help me God.

*Luis Navarro*
Luis Navarro (Jan 19, 2021 11:50 CST)

Luis Navarro

Defendant

SWORN TO BEFORE ME ON Jan 19, 2021

MARY ANGIE GARCIA
CLERK OF THE DISTRICT COURTS
OF BEXAR COUNTY

*Regina Felan*
Regina Felan (Jan 19, 2021 11:54 CST)

BY: _____

DEPUTY DISTRICT CLERK

Gomez 0078

CERTIFICATE OF DEFENSE COUNSEL

I am a duly licensed member of the State Bar of Texas. I certify that I have fully explained the rights secured to a Defendant by the Federal and State Constitutions, including the right to be free from self-incrimination, the right to compulsory process, and the rights of confrontation and cross-examination of witnesses. Further, I have discussed the procedural rights and safeguards afforded a criminal defendant by the laws of the State of Texas. Additionally, I have read this Waiver, Consent to Stipulation of Testimony and Stipulations and the attached exhibits and gone over them carefully with the Defendant. It appears to me that the Defendant fully understands these rights and has intelligently and voluntarily waived these rights and entered into these agreements after due deliberation, and so his waivers and agreements are entered into with my advice and consent.

*Kimberly Bush*
Kimberly Bush (Jan 19, 2021 11:47 CST)

**Kimberly Bush**
Attorney for Defendant

APPROVAL OF TRIAL JUDGE

The Defendant having signed the Waiver, Consent to Stipulation of Testimony and Stipulations in open Court and under oath, the Court questioned both the Defendant and his Counsel and thereby became satisfied that the Defendant understands the rights which have been waived and therefore can be truly said to have voluntarily relinquished known rights. The Waiver, Consent to Stipulation of Testimony and Stipulations are approved and ORDERED filed in the papers of the cause.

Signed on

1-19-2021

*Michael E. Mery*
Judge Presiding
144TH Judicial District Court

INTAKE: 2Q63643          MAG NO. 550069

CITY: _____
COURT NO: _____
COUNTY/STATE: _____
WARRANT NO: _____
ASSIGN/CASE NO: _____
ARREST DATE: 12/23/2019
ARREST TIME: 15:44

THE STATE OF TEXAS
COUNTY OF BEXAR

# MAGISTRATE WARNING

BEFORE ME, THE UNDERSIGNED, MAGISTRATE OF BEXAR COUNTY, TEXAS ON THE _____ DAY
OF DEC 2 3 2019 , AT 00:35 O'CLOCK A.M/P.M AT THE MAGISTRATE COURT APPEARED
NAVARRO, LUIS M                          AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE:

AGG ASSLT W/DEADLY WPN                                        ,FILED AGAINST HIM/HER
AND ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:

1. OF HIS/HER RIGHT TO REMAIN SILENT;
2. OF HIS/HER RIGHT TO RETAIN COUNSEL;
3. OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS INDIGENT AND CAN NOT
   AFFORD COUNSEL;
4. THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5. OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH PEACE OFFICERS;
6. OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7. THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8. THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL AND IN COURT
9. OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10. IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11. OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
    A. THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE QUALIFIES FOR COURT
       APPOINTED COUNSEL;
    B. THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
    C. THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
    D. THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF FACTS MADE
       VOLUNTARILY AND CONFIRMED BY OATH BEFORE A PERSON HAVING AUTHORITY TO ADMINISTER
       SUCH OATH;
    E. THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
    F. THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT
       APPOINTED COUNSEL;
    G. UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE NUMBER OF THE
       ATTORNEY; AND
    H. THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE FIRST WORKING
       DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL. THE ACCUSED
DOES / DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ 50,000.00

WARNING RECEIVED, (THIS IS NOT AN ADMISSION OF GUILT)

MAGISTRATE          Bexar County
MABWARNR            Magistrate Judge DEC 2 3 2019
                    DATE

X Luis Navarro
ACCUSED / DATE
DEC 2 3 2019

Gomez 0080



# COMPLAINT
### CLERK'S ORIGINAL



NAME: NAVARRO, LUIS M

OFFENSE / CHARGE: F2 AGG ASSLT W/DEADLY WPN

OFFENSE CODE: 130116

MAGISTRATE NO: NM 550069       COUNTY COURT CASE NO:

---

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

Before me the undersigned authority on this day personally appeared affiant, who after being

duly sworn by me on oath deposes and says that affiant has good reason to believe and does believe

that in the County of Bexar and the State of Texas, and before the making and filing of this

complaint, on or about the 23rd day of December, 2019     NAVARRO, LUIS M

committed the offense of F2 AGG ASSLT W/DEADLY WPN

against the peace and dignity of the State.

_____
Affiant

SWORN TO AND SUBSCRIBED before me by the affiant, a credible person, on this 23rd

day of December, 2019     .

_____  24079854
Deputy District Clerk
Bexar County, Texas

Assistant Criminal District Attorney
Bexar County, Texas

Gomez 0081

# BEXAR COUNTY SHERIFF'S OFFICE
## ARREST & BOOKING SHEET



20003643

| Offense Case # | Master Incident # | Date of Occurrence | Time of Occurrence | Arresting Agency ORI |
|---|---|---|---|---|
| 2019-BCSO-037217 | | 12/23/19 | 1533 | TX0150000 |

### ARRESTED PERSON INFORMATION

| Name (Last, First, Middle) | Race | Sex | Height | Weight | Hair | Eyes | CUS SID # | CUS SPN # |
|---|---|---|---|---|---|---|---|---|
| NAVARRO, LUIS M | W | M | 507 | 250 | BLK | BRO | | N/A |

| Address | | Unit Type | Unit # | Complexion | Build | Date of Birth | | Age |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| City | State | Zip Code | Primary Phone # | Secondary Phone # | Driver's License # | | State |
|---|---|---|---|---|---|---|---|
| SAN ANTONIO | TX | | | | | | |

| Aliases / Nicknames / Maiden Name | | Place of Birth | Citizenship | Social Security # |
|---|---|---|---|---|
| | | | | |

| Scars, Marks, Tattoos, Amputations | Miscellaneous Number(s) |
|---|---|
| | |

| Occupation | Employer | Student | School | Education Level |
|---|---|---|---|---|
| | | ☐ Yes ☑ No | | |

| Emergency Contact (Last, First) | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| OFFENSE CODE | CHARGE DESCRIPTION | WARRANT # | WARRANT TYPE | ISSUED BY |
|---|---|---|---|---|
| 130166 | AGG ASSLT W/DEADLY WPN | | F2 | |
| 520303 | FELON POSS FIREARM | | F3 | |
| 359914 | POSS CS PG 1 LESS THAN 1 GRAM | | FS | |
| 239913 | THEFT FIREARM | | FS | |
| | | | | |

### ARREST DETAILS

| Location of Arrest | Date of Arrest | Time of Arrest | District / RA |
|---|---|---|---|
| 16191 ROSA ST. | 12/23/19 | 1544 | B40 |

| Condition of Prisoner | Special Needs | Disposition |
|---|---|---|
| | | |

| Operate Vehicle | VIN or License Plate | Make | Model | Year | Color | Hazardous Material |
|---|---|---|---|---|---|---|
| ☐ Yes ☑ No | | | | | | ☐ Yes ☐ No |

| Vehicle Impounded | Location | Phone # |
|---|---|---|
| ☐ Yes ☑ No | | |

| Property in Property Room | Location | Phone # |
|---|---|---|
| ☐ Yes ☑ No | | |

### VICTIM NOTIFICATION

| Victim Notification Phone # | VINE PIN # | Victim Declines Notification | Comments |
|---|---|---|---|
| | | ☐ Yes ☑ No | |

### FACTS OF ARREST

AP WAS FOUND TO HAVE METH ON HIS PERSON, POSSESSION OF MACHINE GUN WITH FELONY CONVICTION, AND POINTED WEAPON AT MOTHER

| Arresting Agency | Address | City | State | Zip Code |
|---|---|---|---|---|
| BEXAR COUNTY SHERIFF'S OFFICE | 200 N. COMAL | SAN ANTONIO | TX | 78207 |

| Complainant / Victim Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | TX | |

| Witness Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | TX | |

| Badge | Arresting Officer 1 | Badge | Arresting Officer 2 | Badge | Transporting Officer | Badge | Approving Officer |
|---|---|---|---|---|---|---|---|
| 4087 | A. RIOS | | | 4087 | A. RIOS | | |

## BEXAR COUNTY SHERIFF'S OFFICE ◆ 200 N. COMAL ◆ SAN ANTONIO, TEXAS 78207

BCSO Form #351-045 (Rev. 07/06/11)

Gomez 0082

**Mental Health Diversion Questions**

1. Have you ever been diagnosed as having a mental illness by a doctor or a mental health professional?
   (Circle 1)    YES        NO

2. Have you ever or are currently taking any medications for mental illness?
   (Circle 1)    YES        NO

3. Have you ever tried to kill yourself?
   (Circle 1)    YES        NO

4. Do you currently have thoughts of killing yourself?
   (Circle 1)    YES        NO

***These questions are to be asked to arrested person as by required by SAPD procedure 601, and a Directive issued by the Bexar County Sheriff's Office.

RCVD DEC 23 '19 PM 6:15

# Bexar County Sheriff's Office

## SPEARS Incident Summary: BCS190302114

**CAD Master Incident:** BCSO-2019-1076873

**Case Number(s):** 2019-BCSO-037217

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Disturb/Family |
| **Source:** | 911 phones |
| **Reported time:** | 12/23/2019 15:27 |
| **Incident Type:** | Family Disturbance |
| **Incident Class:** | |
| **Priority:** | 3 |
| **Incident time:** | 12/23/2019 16:38 - |
| **Incident location:** | ▮▮▮▮▮▮▮, SAN ANTONIO, TX USA ▮ |
| **Incident status:** | |
| **Incident status date:** | |
| **Summary:** | |

## External incident numbers:

| | | | |
|---|---|---|---|
| **External file:** | | **Judicial #:** | |
| **Misc. number:** | | **Civil number:** | |
| **Other agency:** | | **Citation:** | |

## Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | CARDENAS, MICHELLE ANN | **Gender:** | Female |
| **Classification:** | Arrested; Charged; Suspect | **DOB:** | ▮▮▮▮▮ |
| **DL:** | | | |
| **Address:** | ▮▮▮▮▮, SAN ANTONIO, TX USA▮ | | |
| **Telephone:** | | | |
| **Height:** | | **Weight:** | **Build:** |
| **Race:** | White | **Hair Color:** | **Eye Color:** |
| **Name:** | NAVARRO, LUIS MIQUEL | **Gender:** | Male |
| **Classification:** | Arrested; Charged; Suspect | **DOB:** | ▮▮▮▮▮ |
| **DL:** | ▮▮▮▮▮ | | |

Gomez 0084



| **Address:** | 16191 ROSA ST, SAN ANTONIO, TX USA 78221 | | |
|---|---|---|---|
| **Telephone:** | | | |
| **Height:** | | **Weight:** | **Build:** |
| **Race:** | White | **Hair Color:** | **Eye Color:** |
| **Name:** | NAVARRO, GLORIA GUADALUPE | **Gender:** | Female |
| **Classification:** | Other | **DOB:** | |
| **DL:** | | | |
| **Address:** | , SAN ANTONIO, TX USA | | |
| **Telephone:** | (Landline) [Residence] | | |
| **Height:** | | **Weight:** | **Build:** |
| **Race:** | White | **Hair Color:** | **Eye Color:** |
| **Name:** | MEYER, HEATHER NICOLEGRIEGO | **Gender:** | Female |
| **Classification:** | Complainant | **DOB:** | |
| **DL:** | | | |
| **Address:** | , SAN ANTONIO, TX USA | | |
| **Telephone:** | (Landline) [Residence] | | |
| **Height:** | | **Weight:** | **Build:** |
| **Race:** | White | **Hair Color:** | **Eye Color:** |

## Involved Property:

- Methamphetamine : Crystal - Methamphetamine / Evidence / 0.4 g / Quantity:0.4g
- Machine gun : Semiautomatic action (autoloading) / Evidence; Stolen / FEMARU / SA2000M / (with three magazines and ammunition )
- Pistol : Revolver / Evidence / ARMI GUISEPPE TANFOLGLIO / A50841 / .22 caliber

## Involved Addresses:

- / Complainant address; Dispatch address; Incident address / SAN ANTONIO, Texas, USA

## Involved Officers:

- Reporting officer / RIOS, A. / #36409 / BCS / Sworn / PATROL SERVICES DIVISION

Gomez 0085



## General report, Incident: BCS190302114

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 18:29 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 18:29 |

**Narrative:**

I was dispatched to a disturbance report. The notes from dispatch stated a male wearing a black shirt and green shorts had just pointed a machine gun at his mother and was attempting to leave the location.

Upon arrival I observed Luis Navarro (later identified), walking to his vehicle with a packed suitcase in the front yard of the residence. Luis Navarro matched the description provided by dispatch and as I approached him he became aggressive stating he had done nothing wrong, I then detained Luis Navarro pending further investigation and placed him in the back of my marked vehicle. Upon placing Luis Navarro in the vehicle I searched him and obtained a small plastic baggie containing a white crystal rock substance, later placed into my marked unit awaiting transport to the evidence room.

I entered the residence in an attempt to locate the weapon used during the disturbance in which Gloria Navarro pointed me to the room of Luis Navarro. I then obtained an empty black .22 revolver from an open drawer in the room, later placed into my marked unit awaiting transport to the evidence room.

I then spoke with the initial caller, Heather Meyer who stated she had witnessed Luis Navarro pull out a black machine gun and point the barrel at the face of his mother, Gloria Navarro during an argument that occurred at the location. Heather Meyer stated she then informed law enforcement of the incident in which Luis Navarro instructed current girlfriend, Michelle Cardenas, to hide the weapon. Heather Meyer stated she witnessed Michelle Cardenas take the weapon to an undisclosed location. Heather Meyer stated she was in great fear for her life stating once Luis Navarro was aware she had contacted law enforcement stated he would find her and have her "taken out," due to him having "connections." Luis Navarro later denied affiliation with gang activity.

I then spoke with Gloria Navarro who stated her son had pointed the black machine gun at her during an argument that escalated over a disconnected cable box. Gloria Navarro stated Heather Meyer (mother of children to Luis Navarro), Luis Navarro, and Michelle Cardenas all lived at the dispatched location. Gloria Navarro stated her son Luis Navarro "was just upset and pointed the gun in my face but did not shoot anything out of it." Gloria Navarro stated she was not injured during the incident.

I then spoke with Michelle Cardenas who refused to disclose the location of the weapon used in the incident. Michelle Cardenas stated she "was asleep the entire time and had nothing to do with anything." I then asked Michelle Cardenas a second time where the weapon was hidden in which she continued to respond she did not know, I then went to detain Michelle Cardenas in which she stated "check the truck, check the truck." I then detained Michelle Cardenas and placed her in the back of my marked unit as well.

The vehicle in which Luis Navarro was attempting to leave the location in was left with the doors open and in plain view underneath the passenger side was a black machine gun. Upon obtaining the machine gun I observed the gun to be loaded with a bullet in the chamber along with three magazines loaded with ammunition. Upon entering the guns information into TCIC/NCIC I received confirmed stolen status matching the serial number dating to the offense date of 11/06/18 out of the Dallas Police Department. I obtained the weapon along with the magazines and ammunition for later transport to the evidence room.

I contacted Sgt. Calderon and was advised to notify CID of the incident. Investigator Bowser was assigned the case and made the location to further investigate.

Upon entering Luis Navarro's information into TCIC/NCIC I received a return stating a previous felony conviction leading to the current charge at hand of Felon in Possession of Firearm.

Upon entering Michelle Cardenas information into TCIC/NCIC I received a confirmation of an active warrant; 1714126.

The obtained crystal rock substance was field tested and confirmed as methamphetamine with a weight of 0.4 grams.

Heather Meyer and Gloria Navarro were provided the assigned case number. Luis Navarro and Michelle Cardenas were then transported to South Tower 200 N Comal pending further booking process.

Gomez 0086

## Arrest report, Incident: BCS190302114

| | |
|---|---|
| **Subject:** | CARDENAS, MICHELLE ANN / Arrested; Charged; Suspect / DOB: ▮▮▮▮▮ (40) Gender: Female |
| | ▮▮▮▮▮▮▮▮, SAN ANTONIO, TX USA ▮▮▮▮) |

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:24 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:24 |

**Charges:**      BCS190302114 31.03(e)(3) Adult THEFT PROP >=$750<$2,500 Pending

**Narrative:**

Gomez 0087

## Arrest report, Incident: BCS190302114

| | |
|---|---|
| **Subject:** | CARDENAS, MICHELLE ANN / Arrested; Charged; Suspect / DOB: ███████ (40) Gender: Female (███████, SAN ANTONIO, TX USA ███████ |

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:26 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:26 |

**Charges:**     BCS190302114 37.09(c) Adult TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR
12/23/2019 Pending

**Narrative:**

Gomez 0088

## Arrest report, Incident: BCS190302114

| | |
|---|---|
| **Subject:** | NAVARRO, LUIS MIQUEL / Arrested; Charged; Suspect / DOB: ▇▇▇ (33) Gender: Male ▇▇ ▇▇▇ SAN ANTONIO, TX USA ▇▇ ) DL ▇▇▇ |

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:19 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:19 |

**Charges:**

BCS190302114 22.02(a)(2) Adult AGG ASSAULT W/DEADLY WEAPON 12/23/2019 Pending

BCS190302114 46.11 Adult UNL POSS FIREARM BY FELON WEAPONS FREE ZONE 12/23/2019 Pending

BCS190302114 481.115(b) Adult POSS CS PG 1 <1G 12/23/2019 Pending

**Narrative:**

Gomez 0089

Bexar County Sheriff's Office
Javier Salazar, Sheriff
Criminal Investigation Division



Case Number: 2019-BCSO-037217

Aggravated Assault W/Deadly Weapon

Defendant: Navarro,Luis Miguel
DOB:
SID:

Investigator M.Bowser#1244

Gomez 0090

CASE NUMBER: 2019-BCSO-037217

OFFENSE: AGGRAVATED ASSAULT W/DEADLY WEAPON

Incident Detail Report

Spears Incident Report –Offense Report/Detective Summary included

Witness Statement

Witness Information Supplement

Defendant Information

- Master Name
- Criminal History
- Photo of Defendant

Evidence Submission Form

Cartridge Case Submittal Form

Telephone/ Radio Communications Request

Evidence

- Attached DVD's
  - Photos of weapon
  - 911 recording



# Bexar County Sheriff's Office

## SPEARS Incident Summary: BCS190302114

**CAD Master Incident:** BCSO-2019-1076873

**Case Number(s):** 2019-BCSO-037217

## Incident Details:

| | |
|---|---|
| **CAD Problem Nature:** | Disturb/Family |
| **Source:** | 911 phones |
| **Reported time:** | 12/23/2019 15:27 |
| **Incident Type:** | Family Disturbance |
| **Incident Class:** | |
| **Priority:** | 3 |
| **Incident time:** | 12/23/2019 16:38 - 12/23/2019 20:24 |
| **Incident location:** | ▉▉▉, SAN ANTONIO, BEXAR TX USA ▉ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) |
| **Incident status:** | Cleared Judicial |
| **Incident status date:** | 01/01/2020 |
| **Summary:** | |

## External incident numbers:

| | | | |
|---|---|---|---|
| **External file:** | | **Judicial #:** | |
| **Misc. number:** | | **Civil number:** | |
| **Other agency:** | | **Citation:** | |

## Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | CARDENAS, MICHELLE ANN | **Gender:** | Female |
| **Alias:** | CARDENAS, MICHELLE | | |
| **Classification:** | Arrested; Charged; Suspect | **DOB:** | ▉▉▉ |
| **DL:** | | | |
| **Address:** | ▉▉▉, SAN ANTONIO, BEXAR TX USA ▉ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) | | |
| **Telephone:** | | | |
| **Email:** | | | |
| **Height:** | | **Weight:** | **Build:** |
| **Race:** White | | **Hair Color:** | **Eye Color:** |

Gomez 0092

| Name: | NAVARRO, LUIS MIQUEL | Gender: | Male |
| Alias: | NAVARRO, LUIS | | |
| Classification: | Arrested; Charged; Suspect | DOB: | |
| DL: | | | |
| Address: | , SAN ANTONIO, BEXAR TX USA (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) | | |
| Telephone: | | | |
| Email: | | | |
| Height: | | Weight: | Build: |
| Race: | White | Hair Color: | Eye Color: |

| Name: | NAVARRO, GLORIA GUADALUPE | Gender: | Female |
| Alias: | NAVARRO, GLORIA | | |
| Classification: | Victim | DOB: | |
| DL: | | | |
| Address: | , SAN ANTONIO, BEXAR TX USA (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) | | |
| Telephone: | (Landline) [Residence] | | |
| Email: | | | |
| Height: | | Weight: | Build: |
| Race: | White | Hair Color: | Eye Color: |

| Name: | MEYER, HEATHER NICOLEGRIEGO | Gender: | Female |
| Alias: | MEYER, HEATHER | | |
| Classification: | Complainant; Victim | DOB: | |
| DL: | | | |
| Address: | , SAN ANTONIO, BEXAR TX USA (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) | | |
| Telephone: | (Landline) [Residence] | | |
| Email: | | | |
| Height: | | Weight: | Build: |
| Race: | White | Hair Color: | Eye Color: |

## Involved Property:

- Methamphetamine : Crystal - Methamphetamine / Evidence / 0.4 g / Quantity:0.4g
- Machine gun : Semiatomatic action (autoloading) / Evidence; Stolen / FEMARU / SA2000M / (with three magazines and ammunition )
- Pistol : Revolver / Evidence / ARMI GIUSEPPE TANFOLGLIO / A50841 / .22 caliber

## Involved Addresses:

- Complainant address; Dispatch address; Incident address / SAN ANTONIO, Texas,

Gomez 0093

USA ▮▮▮ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40)

## Involved Officers:

- Reporting officer / HOUSTON, D. / #13699 / BCS / Sworn / NARCOTICS SECTION
- Assisting officer; Reporting officer / BOWSER, M. / #32097 / BCS / Sworn / NIGHT CRIME
- Assisting officer / GEREB, J. / #35011 / BCS / Sworn / PATROL SERVICES DIVISION
- Assisting officer / MATA, J. / #37774 / BCS / Sworn / PATROL SERVICES DIVISION
- Assisting officer / ALBA, J. / #37277 / BCS / Sworn / PATROL SERVICES DIVISION
- Assisting officer / DE WITT, M. / #18436 / BCS / Sworn / PATROL SERVICES DIVISION
- Assisting officer / MALDONADO, R. / #37577 / BCS / Sworn / PATROL SERVICES DIVISION
- Assisting officer / BABB, J. / #38552 / BCS / Sworn / PATROL SERVICES DIVISION
- Reporting officer / RIOS, A. / #36409 / BCS / Sworn / PATROL SERVICES DIVISION

Gomez 0094



## General report, Incident: BCS190302114

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 18:29 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 18:29 |

**Narrative:**

I was dispatched to a disturbance report. The notes from dispatch stated a male wearing a black shirt and green shorts had just pointed a machine gun at his mother and was attempting to leave the location.

Upon arrival I observed Luis Navarro (later identified), walking to his vehicle with a packed suitcase in the front yard of the residence. Luis Navarro matched the description provided by dispatch and as I approached him he became aggressive stating he had done nothing wrong, I then detained Luis Navarro pending further investigation and placed him in the back of my marked vehicle. Upon placing Luis Navarro in the vehicle I searched him and obtained a small plastic baggie containing a white crystal rock substance, later placed into my marked unit awaiting transport to the evidence room.

I entered the residence in an attempt to locate the weapon used during the disturbance in which Gloria Nav arro pointed me to the room of Luis Navarro. I then obtained an empty black .22 revolver from an open drawer in the room, later placed into my marked unit awaiting transport to the evidence room.

I then spoke with the initial caller, Heather Meyer who stated she had witnessed Luis Navarro pull out a black machine gun and point the barrel at the face of his mother, Gloria Navarro during an argument that occurred at the location. Heather Meyer stated she then informed law enforcement of the incident in which Luis Navarro instructed current girlfriend, Michelle Cardenas, to hide the weapon. Heather Meyer stated she witnessed Michelle Cardenas take the weapon to an undisclosed location. Heather Meyer stated she was in great fear for her life stating once Luis Navarro was aware she had contacted law enforcement stated he would find her and have her "taken out," due to him having "connections." Luis Navarro later denied affiliation with gang activity.

I then spoke with Gloria Navarro who stated her son had pointed the black machine gun at her during an argument that escalated over a disconnected cable box. Gloria Navarro stated Heather Meyer (mother of children to Luis Navarro), Luis Navarro, and Michelle Cardenas all lived at the dispatched location. Gloria Navarro stated her son Luis Navarro "was just upset and pointed the gun in my face but did not shoot anything out of it." Gloria Navarro stated she was not injured during the incident.

I then spoke with Michelle Cardenas who refused to disclose the location of the weapon used in the incident. Michelle Cardenas stated she "was asleep the entire time and had nothing to do with anything." I then asked Michelle Cardenas a second time where the weapon was hidden in which she continued to respond she did not know, I then went to detain Michelle Cardenas in which she stated "check the truck, check the truck." I then detained Michelle Cardenas and placed her in the back of my marked unit as well.

The vehicle in which Luis Navarro was attempting to leave the location in was left with the doors open and in plain view underneath the passenger side was a black machine gun. Upon obtaining the machine gun I observed the gun to be loaded with a bullet in the chamber along with three magazines loaded with ammunition. Upon entering the guns information into TCIC/NCIC I received confirmed stolen status matching the serial number dating to the offense date of 11/06/18 out of the Dallas Police Department. I obtained the weapon along with the magazines and ammunition for later transport to the evidence room.

I contacted Sgt. Calderon and was advised to notify CID of the incident. Investigator Bowser was assigned the case and made the location to further investigate.

Upon entering Luis Navarro's information into TCIC/NCIC I received a return stating a previous felony conviction leading to the current charge at hand of Felon in Possession of Firearm.

Upon entering Michelle Cardenas information into TCIC/NCIC I received a confirmation of an active warrant; 1714126.

The obtained crystal rock substance was field tested and confirmed as methamphetamine with a weight of 0.4 grams.

Heather Meyer and Gloria Navarro were provided the assigned case number. Luis Navarro and Michelle Cardenas were then transported to South Tower 200 N Comal pending further booking process.

Gomez 0095



The small plastic baggie containing the field tested methamphetamine, machine gun, and revolver, were entered into the BCSO Property room as evidence. No further information to report at this time, returned to service.

Gomez 0096

## Arrest report, Incident: BCS190302114

**Subject:**  CARDENAS, MICHELLE ANN / Arrested; Charged; Suspect / DOB: _____ (41) Gender: Female
( _____, SAN ANTONIO, BEXAR TX USA _____ (Jurisdiction: BCSO, Division: BRAVO,
Response area: B40) )

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:24 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:24 |

**Charges:**   BCS190302114 31.03(e)(3) Adult THEFT PROP >=$750<$2,500 Pending

**Narrative:**

Gomez 0097

## Arrest report, Incident: BCS190302114

**Subject:** CARDENAS, MICHELLE ANN / Arrested; Charged; Suspect / DOB: ▮▮▮▮▮ (41) Gender: Female
▮▮▮▮▮, SAN ANTONIO, BEXAR TX USA ▮▮▮ (Jurisdiction: BCSO, Division: BRAVO,
Response area: B40) )

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:26 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:26 |

**Charges:** BCS190302114 37.09(c) Adult TAMPER/FABRICATE PHYS EVID W/INTENT TO IMPAIR
12/23/2019 Pending

**Narrative:**

Gomez 0098

## Arrest report, Incident: BCS190302114

| | |
|---|---|
| **Subject:** | NAVARRO, LUIS MIQUEL / Arrested; Charged; Suspect / DOB: ▮ (33) Gender: Male (▮ ▮, SAN ANTONIO, BEXAR TX USA ▮ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) ) DL ▮ |

| | | | |
|---|---|---|---|
| **Author:** | #36409 RIOS, A. | **Report time:** | 12/23/2019 19:19 |
| **Entered by:** | #36409 RIOS, A. | **Entered time:** | 12/23/2019 19:19 |

**Charges:**

BCS190302114 22.02(a)(2) Adult AGG ASSAULT W/DEADLY WEAPON 12/23/2019 Pending

BCS190302114 46.11 Adult UNL POSS FIREARM BY FELON WEAPONS FREE ZONE 12/23/2019 Pending

BCS190302114 481.115(b) Adult POSS CS PG 1 <1G 12/23/2019 Pending

**Narrative:**

Gomez 0099

## Victim report, Incident: BCS190302114

| | |
|---|---|
| Subject: | NAVARRO, GLORIA GUADALUPE / Victim / DOB: ▓▓ (63) Gender: Female ▓▓<br>SAN ANTONIO, BEXAR TX USA ▓▓ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40)<br>(Landline) ▓▓ ) DL: ▓▓ |

| | | | |
|---|---|---|---|
| Author: | #41262 GARCIA, B. | Report time: | 01/05/2020 13:57 |
| Entered by: | #41262 GARCIA, B. | Entered time: | 01/05/2020 13:57 |

**Event time:**          **Sexual assault kit:** No     **Time:**

**Violation against victim:**

**Attempted/completed:**

| | | | |
|---|---|---|---|
| Weapon causing injury: | Not applicable | Level of injury: | Not applicable |
| Accused is: | Unknown | | |
| Occupancy: | Not applicable | Living together: | Unknown |
| Officer status: | Not applicable | | |

**Victim services notified:**          **Victim services accepted:**

**Victim services notified by:**

**Victim notified:**

**Narrative:**

Gomez 0100

## Victim report, Incident: BCS190302114

| | |
|---|---|
| **Subject:** | MEYER, HEATHER NICOLEGRIEGO / Complainant; Victim / DOB: ▮ (32) Gender: Female ▮, SAN ANTONIO, BEXAR TX USA ▮ (Jurisdiction: BCSO, Division: BRAVO, Response area: B40) (Landline ▮ ) DL ▮ |

| | | | |
|---|---|---|---|
| **Author:** | #41262 GARCIA, B. | **Report time:** | 01/05/2020 13:58 |
| **Entered by:** | #41262 GARCIA, B. | **Entered time:** | 01/05/2020 13:58 |
| **Event time:** | | | |

**Sexual assault kit:** No   **Time:**

**Violation against victim:**

**Attempted/completed:**

| | | | |
|---|---|---|---|
| **Weapon causing injury:** | Not applicable | **Level of injury:** | Not applicable |
| **Accused is:** | Unknown | | |
| **Occupancy:** | Not applicable | **Living together:** | Unknown |
| **Officer status:** | Not applicable | | |

**Victim services notified:**                **Victim services accepted:**

**Victim services notified by:**

**Victim notified:**

**Narrative:**

Gomez 0101

## Supplemental, Incident: BCS190302114

| | | | |
|---|---|---|---|
| **Author:** | #13699 HOUSTON, D. | **Report time:** | 01/01/2020 12:20 |
| **Entered by:** | #13699 HOUSTON, D. | **Entered time:** | 01/01/2020 12:20 |
| **Narrative:** | | | |

### NARCOTIC BUREAU

### BEXAR COUNTY SHERIFF'S OFFICE

| COMPLAINANT | Phone Number | CASE NUMBER |
|---|---|---|
| Rios, A # 36409 | | 19-037217 |
| ADDRESS | DATE OF INCIDENT | |
| | 12.23.19 | |
| OFFENSE | LOCATION OF INCIDENT | |
| Pos CS PG 1 < 1 Gr | | |

CID   PATROL   JAIL   WARRANTS   COURT SECURITY

   XXX

On, 01.01.20. the evidence described below that was seized on 12.23.19 by Deputy Rios, A # 36409 This evidence is described as # 01, alleged Methamphetamine with a approximate gross weight of 4 gr, and will be forwarded to the Bexar County Forensics lab the evidence can be tested and weighed for further analysis.

The subject (S) arrested on the above named offense, was identified as being,

| DEFENDANT/S | ADDRESS | SID # | DATE OF BIRTH |
|---|---|---|---|
| Navarro, Luis Miquel | | | |

Gomez 0102

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

| REPORTING OFFICER | APPROVING AUTHORITY |
|--|--|
| D. Houston # 4079 | Sgt J. Hancock #510 |

Gomez 0103

## Supplemental, Incident: BCS190302114

| | | | |
|---|---|---|---|
| **Author:** | #32097 BOWSER, M. | **Report time:** | 02/10/2020 17:48 |
| **Entered by:** | #32097 BOWSER, M. | **Entered time:** | 02/10/2020 17:48 |
| **Narrative:** | | | |

### Investigation Summary:

*The following information is paraphrased from offense reports and/or conversations with persons involved with this case number. This information is not meant to be all inclusive.*

On December 23rd,2019 **Deputy A.Rios (responding deputy)** responded to █ █ for a disturbance in progress call. Deputy Rios was informed via radio by dispatch that a male wearing a black shirt and green shorts pointed a "machine gun" at his mother and was attempting to leave the residence. Upon arrival Deputy Rios observed a Hispanic male later identified as **Luis Navarro (defendant)** matching the description that was provided by dispatch. Luis was walking towards a parked vehicle that was located in the driveway of the listed residence with a suitcase. Deputy Rios approached Luis at which time according to Deputy Rios, Luis became "aggressive" and began stating that he had "done nothing wrong." Deputy Rios detained Luis and placed him inside her marked patrol vehicle. Prior to placing Luis in the patrol vehicle, Deputy Rios discovered a small plastic baggie containing a white crystal rock substance on Luis' person. Deputy Rios then made contact with **Gloria Navarro (complainant)** inside of the listed residence. Gloria pointed Deputy Rios to Luis' room where she discovered a black .22 revolver in plain view inside of an open drawer. Deputy Rios made contact with **Heather Meyer (witness)** who was the original caller that contacted law enforcement . Heather told Deputy Rios that she was inside the listed residence when she witnessed Luis pull out a black "machine gun" and point the barrel towards the face of his mother Gloria during an argument. Heather stated that she contacted dispatch and notified them of the incident. Heather told Deputy Rios that she heard Luis instruct his girlfriend **Michelle Cardenas (defendant)** to hide the weapon. Heather witnessed Michelle take the weapon from Luis. Heather stated to Deputy Rios that she was in great fear for her life due to Luis being aware that she contacted 911. Heather told Deputy Rios that Luis stated to her that he would have her "taken out" due to him having "connections." At this time Deputy Rios made contact with Gloria, Gloria told Deputy Rios that Luis pointed a black "machine gun" at her during an argument that escalated over a disconnected cable box. Gloria stated to Deputy Rios that Luis "was just upset and pointed the gun in my face but did not shoot anything out of it." Gloria stated she was not injured during incident. Deputy Rios made contact with Michelle, Deputy Rios stated that Michelle refused to disclose the location of the "machine gun" that was involved in the incident. Michelle told Deputy Rios that she " was asleep the entire time and had nothing to do with anything." According to Deputy Rios she asked Michelle a second time where the "machine gun" was located at which time she went to detain Michelle. As Deputy Rios was attempting to detain Michelle prior to being in handcuffs, Michelle stated "check the truck, check the truck." Deputy Rios then detained Michelle and placed her in the back of her patrol vehicle. Deputy Rios stated that the vehicle Luis was placing his suitcase in when she arrived and the "truck" that Michelle was referring to was left with the doors open. Deputy Rios stated that she observed a black "machine gun" #FEMARU SA 2000M in plain view under the passenger side seat. As Deputy Rios obtained the "machine gun" she observed that the gun was loaded with a round in the chamber Deputy Rios also discovered three magazines that were loaded with ammunition. During a TCIC/NCIC check on the "machine gun" a confirmed "stolen" status matching the serial number with an offense date of November 6th,2018 out of the Dallas Police

Gomez 0104

department.

After gathering the details, Deputy Rios notified CID and briefed me of her findings. I made location at which time I attempted to make contact with Gloria, however Gloria refused to communicate with me or sign any forms. Gloria told me that she did not call us and did not want to press charges against Luis. Deputy Rios did inform me that Gloria did state to her that she thought Luis was going to shoot her when he pointed the "machine gun" towards her and that he did make a statement saying he would "shoot her." I made contact with Heather, Heather provided me with a written statement about what she observed which will be included in this guide. During Heather's statement, Heather wrote that as she was having an argument with Luis, Gloria stepped in which made Luis upset. Heather stated that Luis grabbed a "machine gun" from his bedroom and pointed the gun at Gloria as he continued to argue. Heather stated that she ran upstairs to get her daughters when she heard Luis yell at Gloria that he would "shoot her." At this time Heather contacted 911. Heather stated that Luis tried to leave the residence with his girlfriend Michelle. Heather stated that as Luis was being placed inside the patrol vehicle, Luis yelled to Michelle to "hide the gun." Heather stated at that time she observed Michelle grab the gun and take it an unknown location.

During a TCIC/NCIC check it was discovered that Michelle had an active warrant #1714126.

Luis Miguel Navarro (White/Male DOB:              ) according to the witness Heather, Luis pointed the firearm at his mother Gloria and stated that he "was going to shoot her" leading to the charge that he was booked on of Texas Penal Code 22.02 Aggravated Assault W/Deadly Weapon.

Michelle Ann Cardenas (White/Female DOB              ) attempted to hide the weapon that was involved in the incident leading to the charge that she was booked on of Texas Penal Code 37.09 Tampering/ Fabricating Physical Evidence W/Intent to Impair.

Photographs of the weapon used will be included in this guide (see attached DVD.) Heather's witness statement will also be included in this guide. 911 audio of the incident will also be included in this guide (see attached DVD.) There is no body cam footage of this incident.

## Action log

| Type | Entry time | Event time | Author | Link | Log entry |
|---|---|---|---|---|---|
| Canceled | 12/23/2019 20:40 | 12/23/2019 20:40 | #37774 MATA, J. | No | CANCELED |
| Canceled | 12/23/2019 21:02 | 12/23/2019 21:02 | #37277 ALBA, J. | No | CANCELED EN ROUTE |
| Assist (cover for non-criminal activity) | 12/23/2019 21:03 | 12/23/2019 21:03 | #37577 MALDONADO, R. | No | assisted in detaining the subject and securing him inside the patrol unit |
| Other (must specify) | 12/23/2019 23:58 | 12/23/2019 23:58 | #35011 GEREB, J. | No | assist/cover |
| Other (must specify) | 12/24/2019 13:10 | 12/24/2019 13:10 | #18436 DE WITT, M. | No | Assisted, made location, conducted wants warrant check on ap |
| Assist (cover for non-criminal activity) | 12/24/2019 14:19 | 12/24/2019 14:19 | #38552 BABB, J. | No | DAR ASSIST |
| CID Follow-up | 12/27/2019 14:07 | 12/27/2019 14:07 | #34584 CAMERON, J. | No | On December 26, 2019 I signed out an evidentiary rifle and handgun under this case number from the property room to be test fired and entered into N.I.B.I.N. for comparison. The handgun was a revolver and therefore is not eligible for test fire and N.I.B.I.N. entry. I returned |

Gomez 0105



the handgun to the property room to continue the chain of custody. I transported the rifle to the San Antonio Police Department N.I.B.I.N. test fire facility, located at 555 Academic Court. I fired two rounds from the weapon, catching the shell casings in a catch net. On December 27, 2019 I triaged each shell casing under the comparison microscope to determine specific characteristics of each casing. I then entered one of the casings into the I.B.I.S. system for N.I.B.I.N. comparison. I returned the evidentiary rifle to the property room and checked it back into evidence to continue the chain of custody.

Gomez 0106



# Statement

Before you are asked any questions, it is my duty as a peace officer to advise you of your rights and to warn you of the consequences of waving these rights. You have the right to remain silent. You do not have to make any statement, oral or written, to anyone. Any statement that you make will be used as evidence against you in a court of law or at your trial. You have a right to have a lawyer present to advise you before and during any questioning by a peace officer or attorneys representing the state. You may have your own lawyer present, or if you are unable to employ a lawyer, the court will appoint a lawyer for you free of charge, now, or at any other time. If you decide to talk with anyone, you can, and you can stop talking to them at any time you want. The above rights are continuing rights which can be urged by you at any stage of the proceedings. I have received the above Miranda Warning and I do read and write in English and I do understand my rights.

**STATE OF TEXAS** }
**COUNTY OF BEXAR** }

Bexar County Case # 19-037217
Statement taken by:
Detective M. Bowser #244
At ▓▓▓▓▓
San Antonio, TX ▓▓▓
Date: 12/23/19
Time: 1645

**BEFORE ME, THE UNDERSIGNED AUTHORITY, AND FOR THE STATE AND COUNTY AFORESAID, ON THIS DAY PERSONALLY APPEARED:**

HEATHER MEYER

WHO BEING BY ME FIRST DULY SWORN UPON HIS/HER OATH, DEPOSES AND SAYS:

My name is Heather Meyer and I am 32 years old. I live at ▓▓▓▓▓ San Antonio Tx ▓▓▓. My date of birth is ▓▓▓. My telephone number is (210)556-3419. I can read and write the English language.

Today on December 23, 2019 Me and my Ex Boyfriend Luis Miguel Navarro got into an argument over the cable bill. At that moment his mom Gloria G Navarro stepped in and Luis went to his room and pulled out a Black Machine gun and pointed it at Gloria. I ran upstairs to put my daughters Trinity Meyer and Gloria Estella Meyer-Navarro At that moment I heard Luis yell at Gloria I'll shoot you so I called 911 and Luis and his girlfriend Michelle Cardenas tried to leave Luis was put in the cop car and started yelling to Michelle to hide the gun so she did

**CONTINUES: Yes ☐ No ☑**

I STATE THAT I HAVE READ THIS ENTIRE STATEMENT AND DECLARE THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECALL. I HAVE NOT BEEN PROMISED ANYTHING NOR THREATENED BY ANYONE FOR THIS STATEMENT AND HAVE GIVEN IT TO **DETECTIVE M. Bowser** OF MY OWN FREE WILL. I WILL APPEAR IN COURT IF NECESSARY TO TESTIFY AND WILL NOTIFY **DETECTIVE M. Bowser** OF ANY CHANGE IN MY ADDRESS AND PHONE NUMBER.

SIGNATURE: Heather Meyer                    DATE: 12-23-19

Subscribed and sworn to before me, **Det. M. Bowser**, a peace officer of the State of Texas and pursuant to Sec. 602.002 Texas Government Code on this the 23rd day of December, A.D. 2019

Peace Officer

Gomez 0107

Bexar County Sheriff's Office

*Criminal Investigation Division*

STATEMENT INFORMATION SUPPLEMENT

Date: 12/23/2019                                  Case Num: 19-037217

| Name Nombre: | Mayer | Heather | Nicole |
|---|---|---|---|
| | Last/Apelativo | First/Nombre | Middle |

Home Address
Direccion De Residencia: ▓▓▓▓▓  San Antonio  Tx  ▓▓▓▓
Street / Calle   City / Cuidad   State / Estado   ZIP

Business Address
Direccion De Empleo: _____
Street / Calle   City / Cuidad   State / Estado   ZIP

Place of Employment
Lugar De Empleo: Red Roof Inn

Job Title
Titulo De Empleo: Assistant Head Housekeeper

Home Phone Number
Telefono de Residencia: _____

Business Phone
Telefono de Empleo: _____

Cell Phone Number
Telefono Cellular: ▓▓▓▓▓▓▓

Alternate Phone
Telefono Alternativo: _____

E-mail Address
Correo Electronico: _____

Facebook ID
Facebook ID: _____

Social Security Number
Numero de Seguro Social: ▓▓▓▓▓▓

Drivers License
Numero de Licensia: ▓▓▓▓▓

Race Raza: White    Sex Sexo: Fetal    Age Ededad: 32

Date of Birth
Fecha de Nacimiento: _____

Married Casado: Yes/Si ☐   No ☑   Name of Spouse Nombre de Esposo O Esposa: _____

Nearest Relative other than Spouse:
Pariente Mas Cercano (Exclusivo de Esposo O Esposa):

Name Nombre: Teresa Chavez

Home Address
Direccion De Residencia: ▓▓▓▓▓  San Antonio Tx ▓▓▓▓

Home Phone Number
Telefono de Residencia: _____

Business Phone
Telefono de Empleo: _____

Place of Employment
Lugar De Empleo: BCFS

Additional Details:

_____

_____

_____

THIS IS A CONFIDENTIAL DOCUMENT AND IS THE PROPERTY OF THE CRIMINAL INVESTIGATIONS DIVISION. UNAUTHORIZED RELEASE IS PROHIBITED. IT'S INTENDED USE IS FOR LAW ENFORCEMENT AND DISTRICT ATTORNEY'S OFFICE ONLY.

Bexar County Sheriff's Office
San Antonio, Texas 78207-3505

Gomez 0108




# BEXAR COUNTY
## CRIMINAL INVESTIGATION LABORATORY
7337 Louis Pasteur
San Antonio, TX 78229-4565
Office: (210)335-4100
Fax: (210)335-4101

COPY

### FIREARMS REPORT

February 12, 2020

M. Bowser
Bexar County Sheriff's Office
200 N. Comal
San Antonio, TX 78207

**CIL Case #:** 20-00631
**Case Record #:** 2
**Agency Case #:** 19037217
**Suspect(s):**
Luis Miguel Navarro (DOB: ▮▮▮▮▮ )
*Aggravated Assault*

## EVIDENCE RECEIVED:
*Submission #2*
Evidence received from Ruben R. Cruz, Bexar County Sheriff's Office, on January 23, 2020.

2-1: One 7.62x39mm caliber FEG, model AK47, semi-automatic rifle, serial number DC1293H, with receiver cover plate removed.
2-2: One 7.62x39mm caliber rifle magazine.
2-3: One 7.62x39mm caliber rifle magazine.
2-4: One 7.62x39mm caliber rifle magazine with one unfired 7.62x39mm caliber cartridge.
2-5: Forty-four unfired 7.62x39mm caliber cartridges.

## RESULTS AND CONCLUSIONS:
The Item 2-1 rifle was test fired without using a magazine with laboratory ammunition components and was found to be capable of discharging an unfired cartridge. The Item 2-2, Item 2-3, Item 2-4, and Item 2-5 magazines and unfired cartridges were suitable for use with the rifle. Test fired cartridge cases from the Item 2-1 rifle are suitable for entry into the National Integrated Ballistic Information Network (NIBIN).

## REMARKS:
These Items will be returned to the Evidence Receiving Section. Test fired cartridge cases have been included for NIBIN entry.

**Reported By:**

*David Pendleton*

David Pendleton
Forensic Scientist

Page 1 of 1

Gomez 0109



Gomez 0110

Filed
**Mary Angie Garcia**
Bexar County District Clerk

Accepted:

*By: Damian Avina*  11:23 am, Dec 24 2019

# N O T I C E   O F   A P P E A R A N C E

### CASE NUMBER: NM550069

THE STATE OF TEXAS                    IN THE DISTRICT COURT

      VS.                          175TH JUDICIAL DISTRICT

NAVARRO, LUIS M                       BEXAR COUNTY, TEXAS

SID NUMBER: ███████              JN: ███████

OFFENSE: AGG ASSLT W/DEADLY WPN

YOU ARE REQUIRED TO APPEAR ON January 8, 2020 IN THE 175TH
JUDICIAL DISTRICT COURT, BEXAR COUNTY JUSTICE CENTER, 300
DOLOROSA STREET, SAN ANTONIO, TEXAS, AT 9:00 AM.

YOU MUST EMPLOY AN ATTORNEY PRIOR TO YOUR APPEARANCE DATE. YOUR
ATTORNEY MUST CONTACT THE 175TH COURT AT 335-2527 AS SOON
AS YOU HAVE HIRED THE ATTORNEY.

YOU AND YOUR ATTORNEY MUST BE IN THE 175TH JUDICIAL DISTRICT
COURT ON January 8, 2020 .

YOU WILL NOT BE GIVEN ANY FURTHER NOTICE OF YOUR HEARING DATE.

FAILURE TO COMPLY WILL RESULT IN A WARRANT BEING ISSUED FOR
YOUR ARREST, IF YOU ARE NOT IN CUSTODY OF THE BEXAR COUNTY
SHERIFF'S DEPARTMENT.

              MARY ANGIE GARCIA
              BEXAR COUNTY DISTRICT CLERK

RECEIVED *Luis Navarro*
           DEFENDANT'S SIGNATURE

           DEFENDANT'S PHONE NUMBER

R INDEX FINGER

Gomez 0111