# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **GLORIA NAVARRO, et al.** § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 5:24-CV-968 | |
| § | | |
| **APOLONIO GOMEZ,** § | | |
| Defendant. § | | |

## ORDER

This day the Court considered the motion for summary judgment of Defendant Apolonio Gomez. After considering the pleadings and arguments of the parties, the Court is of the opinion that the following order should issue:

For the reasons presented in Defendant's motion, it is hereby **ORDERED** that the motion for summary judgment is in all things **GRANTED**. All claims brought by Plaintiffs against Defendant in the above-numbered and styled cause of action are hereby **DISMISSED** with prejudice. This is a final order disposing of all claims in this case. All motions not previously ruled upon are hereby denied.

SIGNED this _____ day of _____, 20____.

_____
PRESIDING JUDGE